FILED

04/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0729

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0729

IN RE THE MARRIAGE OF:

BENJAMIN ANDERSON,

Petitioner and Appellee,

and

KRISTIN C. ANDERSON, n/k/a
KRISTIN COOPER,

Respondent and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Robin Lee is granted an extension of time to and including May 23, 2024, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall provide a copy of this Order to all counsel of record, the district court, and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 8 2024